

**ORDERED in the Southern District of Florida on November 10, 2014.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                                  Case No. 14-23776-JKO
                                                        Chapter 7
OSCAR H MONTALVO,
aka Oscar Humberto Montalvo
aka Oscar Montalvo

         Debtor.
_____/

### ORDER LIFTING THE AUTOMATIC STAY
### IN FAVOR OF BANK OF AMERICA, N.A.

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay [d.e. #37] filed pursuant to Local Rule 4001-1(C) by BANK OF AMERICA, N.A. ("Secured Creditor"), and there being no objections to the entry of this Order within the 14-day negative notice period set forth, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED:**

1.    Secured Creditor's Motion for Relief from the Automatic Stay is granted.

2.    The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **132 SE Mira Lavella, Port Saint Lucie, FL 34984**, legally described as:

**LOT 61OF TESORO PLAT NO. 3, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 41, PAGE(S) 6, 6A THROUGH 6F OF THE PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA.**

3. This Order Lifting the Automatic Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful in rem remedies as to the subject property and Secured Creditor shall neither seek nor obtain an in personam judgment against Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor(s).

5. Secured Creditor is authorized to seek its attorneys' fees and costs incurred in filings its Motion for Relief from the Automatic Stay from the state court in any pending or future foreclosure proceedings. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

###

**Order submitted by:**
Alice Blanco
Aldridge | Connors LLP
Attorney for Secured Creditor
7000 W. Palmetto Park Rd., Suite 307
Boca Raton, FL 33433

**Alice Blanco is directed to serve copies of this order on the parties listed and file a certificate of service.**

Oscar H Montalvo
1032 Washington Street
Hollywood, FL 33019-1924

Timothy S Kingcade, Esq
1370 Coral Way
Miami, FL 33145

Scott N. Brown
1 SE 3 Ave #1440
Miami, FL 33131

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130