

**ORDERED in the Southern District of Florida on January 20, 2015.**

*[signature]*

**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 14-23776-JKO |
| | : | |
| OSCAR H. MONTALVO, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

**AGREED ORDER SUSTAINING THE TRUSTEE'S
OBJECTION TO CLAIMED EXEMPTIONS [D.E. 48]**

THIS CAUSE was scheduled to come before the Court on January 20, 2015 at 10:00 A.M. to consider the Trustee's *Objection to Claimed Exemptions* [D.E. 48].  The Court has reviewed the Objection and the record herein, and is otherwise fully advised that the matter is agreed. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Chapter 7 Trustee's *Objection to Claimed Exemptions on Personal Property* [D.E. 48] is **SUSTAINED**.

2. The Debtor's personal property claimed exemptions are limited to $1,000.00 pursuant to Fla. Const. Art. X §4(a)(2). To the extent that the Debtor has claimed or may claim any exemptions which are inconsistent with the terms of this Order, said exemptions are stricken and disallowed.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
6495 SW 24 Street
Miami, FL 33155
Tel. 305-263-3328
Fax 305-263-6335
e-mail   rangueir@bellsouth.net

Copies furnished to:
Robert A. Angueira, Esq.

*(Attorney Robert Angueira is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*