

ORDERED in the Southern District of Florida on February 9, 2015.

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | Case No.: 14-23776-JKO |
| Oscar H. Montalvo aka Oscar Humberto Montalvo aka Oscar Montalvo, | CHAPTER 7 |
| Debtor. | |

### ORDER GRANTING ONEWEST BANK N.A.'S MOTION FOR RELIEF FROM STAY

**THIS CAUSE** came before the Court on February 4, 2015 at 9:30 a.m. on OneWest Bank N.A., its assignees and/or successors in interest's Motion for Relief from Stay (DE #44). Upon consideration of the motion and the record, it is

**ORDERED** that:

1. The Motion for Relief from Stay filed by CREDITOR is **GRANTED** and the stay imposed by 11 U.S.C. §362 is modified, so as to allow CREDITOR to foreclosure its interest in the real property, located at **1032 Washington Street, Hollywood, Florida 33019** and legally described as follows, up and through a final judgment of foreclosure and sale, and issuance and execution of the writ of possession:

> **Lot 29, less the North 20 feet thereof, in Block 4, HOLLYWOOD GOLF ESTATES SECTION TWO, according to the Plat thereof, as recorded in Plat Book 56, Page 8, of the Public Records of Broward County, Florida**.

2. The stay is modified for the purpose of allowing CREDITOR to foreclosure its interest in the real property, up and through a final judgment of foreclosure and sale, and issuance and execution of the writ of possession. CREDITOR shall not seek nor obtain any *in personam* judgment against the debtor.

3. That, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, CREDITOR is permitted to engage in loss mitigation activity, including short payoff, short sale and the obtaining of a deed-in-lieu of foreclosure including authorization to negotiate inferior liens. CREDITOR is further permitted to send information regarding these loss mitigation options directly to the debtor.

###

Copies furnished via ECF to:
Gerard Kouri, Jr., Esq., attorney for Creditor
Timothy S. Kingeade, Esq., attorney for Debtor
Scott N. Brown, Trustee
Robert A. Angueira, attorney for Trustee


Attorney Kouri is directed to mail a conformed copy of this Order to Oscar H. Montalvo, debtor, immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court