FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 14-23776 JKO Judge: John K. Olson | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|
| Case Name: | MONTALVO, OSCAR H | Date Filed (f) or Converted (c): | 06/16/14 (f) |
| | | 341(a) Meeting Date: | 07/21/14 |
| For Period Ending: | 06/30/15 | Claims Bar Date: | 12/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1032 Washington St Hollywood, FL 33019 Debtor's Ho | 1,159,994.00 | 0.00 | | 0.00 | FA |
| 2. 132 SE Mira Lavella, Port St Lucie, FL 34984 Non-H | 394,868.00 | 0.00 | OA | 0.00 | FA |
| Trustee's Notice of Abandonment 06/24/15 (ECF 73) | | | | | |
| 3. Cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 4. paypal account | 0.00 | 0.00 | | 0.00 | FA |
| 5. Wells Fargo Checking Acct #1331 | 100.00 | 0.00 | | 0.00 | FA |
| 6. Wells Fargo Savings Acct #2186 | 5.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household goods Based on Inventory list Rest | 740.00 | 18,000.00 | | 7,500.00 | 10,500.00 |
| Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 02/27/15 (ECF 69) | | | | | |
| 8. Misc. Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Jewelry: None Debor owns no jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1 bike 1 punching bag, 1 basket ball | 70.00 | 0.00 | | 0.00 | FA |
| 11. Automobile: None Debtor borrows vehicle from his g | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,555,932.00 | $18,000.00 | | $7,500.00 | Gross Value of Remaining Assets $10,500.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee, through counsel, is investigating recovery opportunities.
Trustee, through counsel, entered into global settlement with Debtor for $18,000 (ECF No. 64).
Last payment due 1/15/16.
Monitoring payments

LFORM1

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 14-23776   JKO   Judge: John K. Olson | Trustee Name: | Scott N. Brown, Trustee |
| Case Name: | MONTALVO, OSCAR H | Date Filed (f) or Converted (c): | 06/16/14 (f) |
| | | 341(a) Meeting Date: | 07/21/14 |
| | | Claims Bar Date: | 12/30/14 |

Claims Bar Date - 12/30/14 - Claims have been reviewed

Initial Projected Date of Final Report (TFR): 07/31/15     Current Projected Date of Final Report (TFR): 02/28/16

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-23776 -JKO | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|
| Case Name: | MONTALVO, OSCAR H | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8929  Checking Account |
| Taxpayer ID No: | *******0574 | | |
| For Period Ending: | 06/30/15 | Blanket Bond (per case limit): | $ 123,797,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/15 | 7 | OSCAR H MONTALVO 1032 WASHINGTON STREET HOLLYWOOD, FL 33019-1924 | Payment Per Stip Agreement Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 02/27/15 (ECF 69) | 1129-000 | 500.00 | | 500.00 |
| 02/17/15 | 7 | OSCAR H MONTALVO 1032 WASHINGTON STREET HOLLYWOOD, FL 33019-1924 | Payment Per Stip Agreement Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 02/27/15 (ECF 69) | 1129-000 | 1,000.00 | | 1,500.00 |
| 02/26/15 | 300001 | NATIONAL AUCTION COMPANY 1325 S CONGRESS AVE., SUITE 202 BOYNTON BEACH, FL 33426 | Order Granting Trustee's Ex-Parte Motion for Order Authorizing Emloyment of Appraiser for Trustee Nunc Pro Tunc to September 18, 2014 09/25/14 (ECF 28) | 3711-000 | | 175.00 | 1,325.00 |
| 03/13/15 | 7 | OSCAR H MONTALVO 1032 WASHINGTON STREET HOLLYWOOD, FL 33019-1924 | Payment Per Stip Agreement Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 02/27/15 (ECF 69) | 1129-000 | 500.00 | | 1,825.00 |
| 03/13/15 | 7 | OSCAR H MONTALVO 1032 WASHINGTON STREET HOLLYWOOD, FL 33019-1924 | Payment Per Stip Agreement Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 02/27/15 (ECF 69) | 1129-000 | 1,000.00 | | 2,825.00 |
| 04/14/15 | 7 | OSCAR H MONTALVO 1032 WASHINGTON STREET HOLLYWOOD, FL 33019-1924 | Payment Per Stip Agreement Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 02/27/15 (ECF 69) | 1129-000 | 500.00 | | 3,325.00 |
| 04/14/15 | 7 | OSCAR H MONTALVO 1032 WASHINGTON STREET HOLLYWOOD, FL 33019-1924 | Payment Per Stip Agreement Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 02/27/15 (ECF 69) | 1129-000 | 1,000.00 | | 4,325.00 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,310.00 |

Page Subtotals    4,500.00    190.00

LFORM24

Ver: 18.05

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-23776 -JKO | | Trustee Name: | Scott N. Brown, Trustee |
| Case Name: | MONTALVO, OSCAR H | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8929  Checking Account |
| Taxpayer ID No: | *******0574 | | | |
| For Period Ending: | 06/30/15 | | Blanket Bond (per case limit): | $ 123,797,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/13/15 | 7 | OSCAR H MONTALVO<br>1032 WASHINGTON STREET<br>HOLLYWOOD, FL  33019-1924 | Payment Per Stip Agreement<br>Order Granting Trustee's Motion to approve<br>Stipulation for Compromise and Settlement 02/27/15<br>(ECF 69) | 1129-000 | 500.00 | | 4,810.00 |
| 05/13/15 | 7 | OSCAR H MONTALVO<br>1032 WASHINGTON STREET<br>HOLLYWOOD, FL  33019-1924 | Payment Per Stip Agreement<br>Order Granting Trustee's Motion to approve<br>Stipulation for Compromise and Settlement 02/27/15<br>(ECF 69) | 1129-000 | 1,000.00 | | 5,810.00 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,795.00 |
| 06/11/15 | 7 | OSCAR H MONTALVO<br>1032 WASHINGTON STREET<br>HOLLYWOOD, FL  33019-1924 | Payment Per Stip Agreement<br>Order Granting Trustee's Motion to approve<br>Stipulation for Compromise and Settlement 02/27/15<br>(ECF 69) | 1129-000 | 500.00 | | 6,295.00 |
| 06/11/15 | 7 | OSCAR H MONTALVO<br>1032 WASHINGTON STREET<br>HOLLYWOOD, FL  33019-1924 | Payment Per Stip Agreement<br>Order Granting Trustee's Motion to approve<br>Stipulation for Compromise and Settlement 02/27/15<br>(ECF 69) | 1129-000 | 1,000.00 | | 7,295.00 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,280.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,500.00 | 220.00 | 7,280.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,500.00 | 220.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,500.00 | 220.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8929 | 7,500.00 | 220.00 | 7,280.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,500.00 | 220.00 | 7,280.00 |
| | ============ | ============ | ============ |

Page Subtotals        3,000.00        30.00

LFORM24

Ver: 18.05

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 14-23776 -JKO |
| Case Name: | MONTALVO, OSCAR H |
| Taxpayer ID No: | *******0574 |
| For Period Ending: | 06/30/15 |

| | |
|---|---|
| Trustee Name: | Scott N. Brown, Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8929  Checking Account |
| Blanket Bond (per case limit): | $ 123,797,500.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 18.05

LFORM24